IN THE

TENTH COURT OF APPEALS

 




 
 
 
 
 
 
 


 

 



No. 10-08-00367-CV

 

In
the Interest of T.L.K. and S.T.K., Children

 

 



From the 272nd District
Court

Brazos County, Texas

Trial Court No.
06-000474-CVD-272

 



MEMORANDUM  Opinion



 

The Clerk of this Court notified the
appellant that her notice of appeal does not contain proof of service and that
the appeal may be dismissed if she did not provide a proper proof of service
within fourteen days.  No response has been received.  Accordingly, the appeal
is dismissed.  See Tex. R. App.
P. 42.3; Reiners v. Reiners, No. 10-04-00359-CV, 2008 Tex. App. LEXIS
411, at *1 (Tex. App.—Waco Jan. 19, 2005, no pet.) (mem. op.).

 

FELIPE REYNA

                                                                                                Justice


Before Chief
Justice Gray,

Justice
Vance, and

Justice
Reyna

Appeal
dismissed

Opinion delivered
and filed November 26, 2008

[CV06]








 






tion of a
party.”  Id. 18.1(c).  Evans explains
that he wishes for the mandate to issue immediately to hasten his transfer from
county jail to prison.  The State has not filed a response.  Accordingly, the
motion for early issuance of mandate is granted.

The appeal is dismissed. 
The Court’s mandate will issue contemporaneously with the opinion and
judgment.  No motion for rehearing will be entertained.

 

FELIPE REYNA

Justice

Before Chief
Justice Gray,

Justice
Reyna, and

Justice
Davis

Appeal
dismissed

Opinion
delivered and filed April 28, 2010

Do not publish

[CR25]